UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x
GLENN LEGER, on behalf of himself and all others similarly situated,

                Plaintiff,

- against -

CONRAD KALITTA and KALITTA AIR, LLC,

                Defendants.
------------------------------------- x

16 Civ. 6545 (PKC) (PK)

**DECLARATION OF MARK NOLFF**

I, Mark Nolff, declare and state as follows:

1. I am employed by Kalitta Air, LLC ("Kalitta Air") as the Director of Maintenance, and I have been employed in this capacity since August 2013.

2. I have personal knowledge of the facts set forth herein.

3. I currently reside in Saline, Michigan.

4. Before I became the Director of Maintenance, I was employed as the Maintenance Control Supervisor at Kalitta Air.

5. As the Director of Maintenance, I have been responsible for, among other things, overseeing Kalitta Air's airplane mechanics located at stations throughout the country, and ride on airplane mechanics travelling with the aircraft. I am responsible for determining the duties and responsibilities of airplane mechanics, as well as making personnel decisions for the airplane mechanics.

6. Additionally, I am responsible for setting airplane mechanics' work schedules and work locations which are determined by the location out of which Kalitta Air's planes are flying.

7. In my role as described above, I do not travel to John F. Kennedy Airport or elsewhere in New York on a regular basis. Throughout Glenn Leger's employment with Kalitta Air, decisions relating to airplane mechanics' job duties, work schedules and work locations

were made in Ypsilanti, Michigan. Additionally, throughout Glenn Leger's employment with Kalitta Air, personnel decisions, including the hiring and firing of airplane mechanics were made in Ypsilanti, Michigan.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 4, 2017                    _____
                                                       MARK NOLFF