UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
GLENN LEGER, on behalf of himself and
all others similarly situated,

                Plaintiff,                JUDGMENT
                                      16-CV-6545 (PKC)(PK)


           -against-

CONRAD KALITTA and KALITTA AIR, LLC,

                Defendants.
---------------------------------------------------------- X


        An Order of Honorable Pamela K. Chen, United States District Judge, having
been filed on February 21, 2018, adopting in its entirety the Report and Recommendation of
Magistrate Judge Peggy Kuo, dated January 26, 2018, granting the defendant Kalitta Air's
motion to dismiss; dismissing Plaintiff's FSLA claim for lack of subject matter jurisdiction; and
dismissing Plaintiff's state law claims without prejudice to recommence in state court; it is


        ORDERED and ADJUDGED that the Defendant Kalitta Air's motion to dismiss
is hereby granted; that Plaintiff's FSLA claim is dismissed for lack of subject matter jurisdiction;
and that Plaintiff's state law claims are dismissed without prejudice to recommence in state
court.


Dated: Brooklyn, NY                    Douglas C. Palmer
February 22, 2018                  Clerk of Court

                              By:   */s/Jalitza Poveda*
                                    Deputy Clerk